LAW OFFICE OF
_____

# LAURIANO GUZMAN, JR., P.C.
### ABOGADO

2565 Frisby Avenue
Bronx, New York 10461

(718) 892-8200
Fax (718) 892-8203
Email: guzmanesq@aol.com

March 19,2025

REQUEST GRANTED IN PART.
The Court adopts the motion schedule as proposed.  Defendant's pretrial motions are due April 7, 2026. Government's responses due April 23, 2026. Defendant's reply due May 14, 2026.  The Motion Hearing is rescheduled to May 21, 2026 at 2:00PM in Courtroom 15C.  Motions in limine, requests to charge and proposed voir dire due by June 12, 2026. Objections to request to charge and responses to motions in limine due by June 19, 2026. The Final Pretrial Conference is rescheduled to June 23, 2026 at 2:00PM in Courtroom 15C. The Jury Trial is rescheduled to June 29, 2026 at 9:00AM in Courtroom 15C.

3/20/2026

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jovanny Concepcion
Case No. 25 Cr. 00217 (LJL)

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

       I represent Mr. Jovanny Concepcion in the above-referenced matter. I respectfully write to request a brief adjournment of the current pretrial motion schedule for approximately two weeks to allow the parties to continue engaging in meaningful plea negotiations.

       Defense counsel has reviewed the discovery produced by the Government and has engaged in ongoing discussions with the assigned Assistant United States Attorney. Those discussions have been constructive and productive, and the Government consents to the requested adjournment. In light of this progress, a short suspension of motion practice would serve the interests of judicial economy and may obviate the need for extensive motion litigation.

       Defense counsel requires additional time to confer with Mr. Concepcion regarding the scope and implications of the case, as well as to continue substantive discussions with the Government. Based on the progress to date, counsel is optimistic that the parties may be able to reach a resolution in the near term.

To facilitate these discussions, the parties respectfully request that the Court adjourn the current motion deadlines and adopt the following revised schedule:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Defendant's Pretrial Motions | March 23, 2026 | April 7, 2026 |
| Government's Responses | None | April 23, 2026 |
| Defendant's Reply | — | May 14, 2026 |
| Pretrial Conference | — | Adjourned sine die |
| Jury Trial | — | Adjourned sine die |

The parties respectfully request that the Court adjourn all remaining pretrial and trial deadlines *sine die*.

This request is made in good faith and not for purposes of delay. Defense counsel remains prepared to proceed with motion practice should negotiations ultimately prove unsuccessful.

WHEREFORE, the defendant respectfully requests that the Court grant this continuance.

Respectfully submitted,

*/s/ Lauriano Guzman*
Lauriano Guzman, Esq.
Attorney for Defendant Jovanny Concepcion

cc:
AUSA Kaiya Arroyo
AUSA Stephanie Simon