**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza – Floor 37*
*New York, NY 10007*

September 2, 2026

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Sentencing hearing previously set for September 10, 2026 is rescheduled to October 1, 2026 at 2:00PM in Courtroom 15C. The defendant's sentencing submission is due September 17, 2026 and the Government's sentencing submission is due September 24, 2026.

9/2/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: *United States v. Jovanny Concepcion*, 25 Cr. 217 (LJL)**

Dear Judge Liman:

The Government writes to request an adjournment of its sentencing submission, which is currently due tomorrow, September 3, 2026, and of the sentencing hearing date, which is currently scheduled for Thursday, September 11, 2026. The Government is awaiting receipt of materials necessary to make its submission and prepare for the hearing. First, Probation has confirmed that it will release its final Presentence Investigation Report on September 11, 2026, which is the day after scheduled sentencing hearing. Second, the Government has not yet received the defendants' submission and understands that defense counsel also intends to seek leave from the Court for an adjournment of their submission.

The Government has conferred with defense counsel and the Court's chambers to discuss the sentencing adjournment and understands that October 1 is mutually agreeable for all parties. Accordingly, the Government asks the Court to adjourn the sentencing to **Thursday, October 1, 2026**. and to adjourn the Government's sentencing submission deadline to **Thursday, September 24, 2026.** Defense counsel does not oppose this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Kaiya Arroyo
Assistant United States Attorney
(212) 637-2226

cc: Lauriano Guzman
*counsel for the defendant*