LAW OFFICE OF

LAURIANO GUZMAN, JR., P.C.
ABOGADO

2565 Frisby Avenue
Bronx, New York 10461

(718) 892-8200
Fax (718) 892-8203
Email: guzmanesq@aol.com

October 1, 2026

*By ECF and Email*

Honorable Judge Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

REQUEST GRANTED.
The Sentencing hearing previously set for October 1, 2026 is rescheduled to October 23, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

10/1/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

***RE: USA v Jovanny Concepcion***
***Case No.: 25-cr-217***

Dear Judge Liman,

Mr. Concepcion is scheduled to be sentenced before this Court at 2:00 p.m. today, October 1, 2026. I respectfully request a continuance of the sentencing due to Defense counsel being ill and unable to appear. This is Defendant's first request for an adjournment of the sentencing date.

The Government has been informed of this request and does not oppose the requested continuance. The parties have conferred regarding alternative dates, as requested by the Court. The parties respectfully request October 22 or October 23, 2026. If those dates are not available, the parties are also available on October 9, 16, 19, or 22, 2026, or on any other date that is most convenient for the Court.

Respectfully submitted,

*/s/ Lauriano Guzman Jr.*
Lauriano Guzman Jr.

Cc: AUSA Kaiya Arroyo
AUSA Gabriela Salerno